THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00227-MR-WCM

| | |
|---|---|
| RENEE BRUNELLE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TRAVIS N. BRUNELLE, ) ) ) ) Plaintiff, ) ) vs. ) ) FONTANA VILLAGE, INC. and the ) TENNESSEE VALLEY AUTHORITY, ) ) Defendants. ) _____ ) ) TENNESSEE VALLEY AUTHORITY, ) ) Cross-Plaintiff, ) vs. ) ) FONTANA VILLAGE, INC., ) ) Cross-Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Tennessee Valley Authority's Unopposed Motion to Strike Jury Demand [Doc. 27].

The Defendant/Cross-Plaintiff Tennessee Valley Authority ("TVA") moves to strike the jury demand set forth in the Plaintiff's Complaint on the grounds that no right of trial by jury exists against TVA in this action under

the Constitution or statutes of the United States. [Doc. 27]. The Plaintiff and the Defendant/Cross-Defendant Fontana Village, Inc. have no objections to TVA's Motion.

For the reasons stated in TVA's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that TVA's Unopposed Motion to Strike Jury Demand [Doc. 27] is **GRANTED**, and the Plaintiff's demand for a jury trial as to TVA is hereby **STRICKEN**.

**IT IS SO ORDERED.**

Signed: February 8, 2019

Martin Reidinger
United States District Judge